**FILED - GR**
March 21, 2011 3:13 PM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: __akd__/_____ SCANNED BY: ___/___

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - - - - - - - -

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   1:09-CR-385 |
| Plaintiff, | Hon.   Robert Holmes Bell<br>United States District Judge |
| vs. | |
| JESSE WILLIAM WATERS, | |
| Defendant.<br>_____/ | |

### ORDER UNSEALING INDICTMENT

The United States having moved for issuance of an order unsealing the indictment in this matter, and the Court being informed that the justification for keeping the matter under seal has lapsed, the Court hereby **ORDERS** that the indictment be unsealed.

Dated: March 21, 2010

Hon. ROBERT HOLMES BELL
United States District Judge