UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

Plaintiff,

v.

Jesse William Waters

Defendant.

Case No.  1:09-cr-00385-RHB

Hon.   Robert Holmes Bell

**DEFENDANT'S INITIAL PRETRIAL
CONFERENCE SUMMARY STATEMENT**

Defendant _____ Jesse William Waters _____ , through his/her attorney, submits the following inital pretrial conference summary statement.

I.   DISCOVERY

☒ The defendant requests disclosure pursuant to Federal Rules of Evidence 404(b).

The defendant   ☒ will   ☐ will not provide reciprocal discovery.

II.   TRIAL

The defendant requests a   ☒ jury   ☐ non-jury  trial.

III.   MISCELLANEOUS

☐ This case may be appropriate for expedited resolution.

☒ Counsel for defendant is unaware at this time of any known conflict with counsel's representation of defendant.  Counsel will immediately advise the court if any such conflict becomes known.

☐ Counsel for defendant is aware of the following potential conflicts:

IV.   OBLIGATIONS

☒ Counsel for defendant acknowledges having reviewed the Obligations of Defense Counsel section available at the court's website, www.miwd.uscourts.gov >> Attorney Information >> Criminal Case Information.

Date _____ April 18, 2011 _____          _____ John F. Royal _____
                                                            Counsel for Defendant